**Order entered December 5, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00403-CV

### PROFINITY, LLC, Appellant

### V.

### ONE TECHNOLOGIES, L.P., Appellee

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-03980-A**

## ORDER

We **GRANT** appellant/cross-appellee's December 2, 2014 unopposed motion for extensions of time to file its response brief and reply brief and **ORDER** the briefs be filed no later than January 20, 2015.

/s/    CRAIG STODDART
JUSTICE